FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 16 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 4:20MJ00199-PSH

MUJERA BENJAMIN LUNGAHO

## MOTION TO SEAL AFFIDAVIT

The United States requests the affidavit in the above referenced case be sealed until the ongoing investigation is completed. The affidavit lists co-conspirators who may not know that they are under investigation. WHEREFORE, the United States moves this Court to seal the affidavit until the pending investigation is complete.

CODY HILAND
United States Attorney

_____
Stacy R. Williams
Assistant United States Attorney
Arkansas Bar Number 2011081
Post Office Box 1229
Little Rock, Arkansas 72203
501-340-2600
Stacy.Williams@usdoj.gov

## ORDER

Pursuant to the above request, the affidavit in this matter shall be sealed until the investigation is completed.

_____
UNITED STATES MAGISTRATE JUDGE