# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                         No. 4:20-cr-288-DPM

MUJERA BENJAMIN LUNGAHO                                            DEFENDANT

## ORDER

Lungaho's motion to travel, *Doc. 24*, is referred to Magistrate Judge Patricia S. Harris, who set Lungaho's conditions of release, *Doc. 11*.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

17 November 2020