# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES**                                                                                 **PLAINTIFF**

**V.**                            **NO. 4:20CR00288 DPM**

**MUJERA BENJAMIN LUNGAHO**                                     **DEFENDANT**

## ORDER

Pending before the Court is the Government's Motion for Revocation of Release and for Summons (Doc. 27). For good cause shown, the request for issuance of summons is GRANTED. The Clerk is directed to issue summons to defendant Mujera Benjamin Lungaho for appearance at a hearing before Magistrate Judge Patricia S. Harris on February 10, 2021, at 10:00 a.m. to show cause why his release should not be revoked.

IT IS SO ORDERED this 26th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE