FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 03 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:20CR00288-DPM |
| V. | 18 U.S.C. § 844(n) |
| | 18 U.S.C. § 844(f)(1) |
| MUJERA BENJAMIN LUNGAHO; | 18 U.S.C. § 924(c)(1)(B) |
| BRITTANY DAWN JEFFREY; | 26 U.S.C. § 5861(d) |
| EMILY NOWLIN, a/k/a EL; | 26 U.S.C. § 5861(f) |
| ALINE A. ESPINOSA-VILLEGAS, a/k/a JETTE WOLFE ESPONSA-VILLAGAS; | 26 U.S.C. § 5841 |
| RENEA GODDARD | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about June 2020 until on or about August 26, 2020, in the Eastern District of Arkansas and elsewhere, the defendants,

MUJERA BENJAMIN LUNGAHO and
BRITTANY DAWN JEFFREY,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a vehicle, namely: a patrol car located at the Little Rock Police Department 12th Street Substation, which was owned in whole or in part and possessed by the City of Little Rock, an organization receiving federal financial assistance, in violation of Title 18, United States Code, Section 844(f)(1).

All in violation of Title 18, United States Code, Section 844(n).

### COUNT TWO

On or about August 26, 2020, in the Eastern District of Arkansas, the defendants,

MUJERA BENJAMIN LUNGAHO and

BRITTANY DAWN JEFFREY,

and other persons unknown to the grand jury, maliciously attempted to damage and destroy by means of fire, a vehicle, namely: a patrol car located at the Little Rock Police Department 12th Street Substation, which was owned in whole or in part and possessed by the City of Little Rock, an organization receiving federal financial assistance.

All in violation of Title 18, United States Code, Section 844(f)(l).

## COUNT THREE

On or about August 26, 2020, in the Eastern District of Arkansas, the defendants,

MUJERA BENJAMIN LUNGAHO, and
BRITTANY DAWN JEFFREY,

knowingly possessed a firearm, that is: a destructive device, commonly known as a Molotov cocktail, in furtherance of an attempted crime of an of violence for which they may be prosecuted in a court of the United States, that is a violation of Title 18, United States Code, Section 844(f)(1) as charged in Count Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(B).

## COUNT FOUR

Between on or about August 25, 2020, and on or about August 26, 2020, in the Eastern District of Arkansas, the defendants,

MUJERA BENJAMIN LUNGAHO, and
BRITTANY DAWN JEFFREY,

knowingly possessed one or more firearms, as that term is defined in Title 26, United States Code, Section 5845(a), that is: a destructive device, commonly known as a Molotov cocktail, not registered to either defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d), 5841, and 5871.

## COUNT FIVE

Between on or about August 25, 2020, and on or about August 26, 2020, in the Eastern District of Arkansas, the defendants,

MUJERA BENJAMIN LUNGAHO and
BRITTANY DAWN JEFFREY,

knowingly made one or more firearms, as that term is defined in Title 26, United States Code, Section 5845(a), that is: a destructive device, commonly known as a Molotov cocktail, without complying with the requirements of Chapter 53 of Title 26 of the Internal Revenue Code.

All in violation of Title 26, United States Code, Section 5861(f).

## COUNT SIX

From in or about June 2020 until on or about August 28, 2020, in the Eastern District of Arkansas and elsewhere, the defendants,

MUJERA BENJAMIN LUNGAHO,
EMILY NOWLIN, a/k/a EL,
ALINE A. ESPINOSA-VILLEGAS, a/k/a JETTE WOLFE ESPONSA-VILLAGAS,
and
RENEA GODDARD,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to maliciously damage and destroy, by means of fire, a vehicle, namely: a patrol car located at the Arkansas State Police Headquarters, which was owned in whole or in part and possessed by the State of Arkansas, an organization receiving federal financial assistance, in violation of Title 18, United States Code, Section 844(f)(1).

All in violation of Title 18, United States Code, Section 844(n).

## COUNT SEVEN

On or about August 28, 2020, in the Eastern District of Arkansas, the defendants,

MUJERA BENJAMIN LUNGAHO,
EMILY NOWLIN, a/k/a EL,

ALINE A. ESPINOSA-VILLEGAS, a/k/a JETTE WOLFE ESPONSA-VILLAGAS,
and
RENEA GODDARD,

and other persons known and unknown to the grand jury, maliciously damaged and destroyed, by means of fire, a vehicle, namely: a patrol car located at the Arkansas State Police Headquarters, which was owned in whole or in part and possessed by the State of Arkansas, an organization receiving federal financial assistance.

All in violation of Title 18, United States Code, Section 844(f)(l).

## COUNT EIGHT

On or about August 28, 2020, in the Eastern District of Arkansas, the defendants,

MUJERA BENJAMIN LUNGAHO,
EMILY NOWLIN, a/k/a EL,
ALINE A. ESPINOSA-VILLEGAS, a/k/a JETTE WOLFE ESPONSA-VILLAGAS,
and
RENEA GODDARD,

knowingly possessed a firearm, that is: a destructive device, commonly known as a Molotov cocktail, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is a violation of Title 18, United States Code, Section 844(f)(1) as charged in Count Seven of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(B).

## COUNT NINE

Between on or about August 27, 2020, and on or about August 28, 2020, in the Eastern District of Arkansas, the defendants,

MUJERA BENJAMIN LUNGAHO,
EMILY NOWLIN, a/k/a EL,
ALINE A. ESPINOSA-VILLEGAS, a/k/a JETTE WOLFE ESPONSA-VILLAGAS,
and
RENEA GODDARD,

knowingly possessed a firearm, as that term is defined in Title 26, United States Code, Section

5845(a), that is: a destructive device, commonly known as a Molotov cocktail, not registered to any defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d), 5841, and 5871.

## COUNT TEN

From in or about June 2020 until on or about September 3, 2020, in the Eastern District of Arkansas and elsewhere, the defendant,

MUJERA BENJAMIN LUNGAHO,

voluntarily and intentionally conspired with others known and unknown to the grand jury, to maliciously damage and destroy, by means of fire, a vehicle, namely: a patrol car located at the North Little Rock Police Department Rose City Substation, which was owned in whole or in part and possessed by the City of North Little Rock, an organization receiving federal financial assistance, in violation of Title 18, United States Code, Section 844(f)(1).

All in violation of Title 18, United States Code, Section 844(n).

## COUNT ELEVEN

On or about September 3, 2020, in the Eastern District of Arkansas, the defendant,

MUJERA BENJAMIN LUNGAHO,

maliciously damaged and destroyed, by means of fire, a vehicle, namely: a patrol car located at the North Little Rock Police Department Rose City Substation, which was owned in whole or in part and possessed by the City of North Little Rock, an organization receiving federal financial assistance.

All in violation of Title 18, United States Code, Section 844(f)(l).

## COUNT TWELVE

On or about September 3, 2020, in the Eastern District of Arkansas, the defendant,

MUJERO BENJAMIN LUNGAHO,

knowingly possessed a firearm, that is: a destructive device, commonly known as a Molotov cocktail, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is a violation of Title 18, United States Code, Section 844(f)(1) as charged in Count Eleven of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(B).

## COUNT THIRTEEN

On or about September 3, 2020, in the Eastern District of Arkansas, the defendant,

MUJERA BENJAMIN LUNGAHO,

knowingly possessed a firearm, as that term is defined in Title 26, United States Code, Section 5845(a), that is: a destructive device, commonly known as a Molotov cocktail, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d), 5841, and 5871

[END OF TEXT. SIGNATURE PAGE ATTACHED.]