IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.  No. 4:20CR00288-01 DPM

MUJERA BENJAMIN LUNGAHO

**MOTION TO WITHDRAW**
**SUPERSEDING MOTION TO REVOKE**

The United States filed a superseding motion to revoke (Doc. No. 63) on February 10, 2021. On that same day, a bond revocation hearing was held. The Court modified the defendant's conditions of release rendering the superseding motion moot. Therefore, the United States withdraws the superseding motion to revoke.

Respectfully submitted,

JONATHAN D. ROSS
ACTING UNITED STATES ATTORNEY

BY: STACY R. WILLIAMS
Assistant United States Attorney
Ark. Bar No. 2011081
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Stacy.Williams@usdoj.gov