IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 25 2021

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　　　DEP CLERK

UNITED STATES OF AMERICA                                                PLAINTIFF

V.                            CASE NO. 4:20-CR-288-DPM-1

MUJERA BENJAMIN LUNGAHO                                                 DEFENDANT

### ORDER

The United States must turn over to the defense all exculpatory evidence—that is evidence that favors the defendant or casts doubt on the government's case. See *Brady v. Maryland*, 373 U.S. 83 (1963) and cases applying this precedent. If the government fails to produce exculpatory evidence to the defense in a timely manner, the Court may take certain steps: excluding certain evidence; giving adverse jury instructions; dismissing charges; holding government lawyers in contempt; or imposing other appropriate sanctions.

SO ORDERED, this 25th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE