IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                           No. 4:20-cr-288-DPM

MUJERA BENJAMIN LUNGAHO

## ORDER

Pending before the Court is Defendant Mujera Benjamin Lungaho's motion to travel filed on June 3, 2021. *Doc. 96*. For the reasons explained below, the motion is DENIED.

Following a pretrial bond revocation hearing held February 10, 2021, the Court found that Mr. Lungaho had violated the conditions of his release and modified those conditions to include home detention with location monitoring by ankle monitor. *Doc 65*. Mr. Lungaho's motion to travel requests permission to attend a comedy show at the Simmons Bank Arena in North Little Rock, beginning at 11:00 p.m. on June 4, 2021 and concluding at 2:00 a.m. on June 5, 2021. The United States opposes the motion.

Mr. Lungaho has a significant record of past bond violations. Recently, he reportedly tested positive for marijuana; if true, this is a new violation. Given the nature of the underlying charges in this case and Mr. Lungaho's performance on

1

pretrial release, the Court declines Mr. Lungaho's request to attend a purely optional entertainment event between the hours of 11:00 p.m. and 2:00 a.m.

IT IS THEREFORE ORDERED THAT Mr. Lungaho's motion to travel (*Doc. 96*) is DENIED.

IT IS SO ORDERED this 4th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE