IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )        No. 4:20CR00288-DPM
                                )
MUJERA BENJAMIN                 )
LUNGAHO, *et al.*               )

## UNITED STATES' AND DEFENDANTS' JOINT REPORT

Comes now the United States of America, by and through its attorney, Jonathan Ross,

Acting United States Attorney for the Eastern District of Arkansas, and Stacy R. Williams,

Assistant United States Attorney for said district and counsel for the defendants state that the

parties are actively working on negotiations in this case. Defendants Nowlin and Goddard intend

to file a motion for continuance to pursue a resolution in this case. Defendant Espinosa has a

scheduled change of plea hearing. Defendants Lungaho and Jeffrey do not object to a

continuance.

Respectfully submitted,

JONATHAN D. ROSS
ACTING UNITED STATES ATTORNEY


STACY R. WILLIAMS
Arkansas Bar No. 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Stacy.Williams@usdoj.gov