IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                       No. 4:20-cr-288-DPM

MUJERA BENJAMIN LUNGAHO                                       DEFENDANT

ORDER

The United States' unopposed motion to amend the superseding indictment is granted. The defendant's name is Mujera Benjamin Lung'aho. The Court directs the Clerk to update the docket.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2022