IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:20CR00288-DPM |
| | ) | |
| MUJERA BENJAMIN | ) | |
| LUNGAHO, *et al.* | ) | |

## UNITED STATES' AND DEFENDANTS' JOINT REPORT

Comes now the United States of America, by and through its attorney, Jonathan Ross, United States Attorney for the Eastern District of Arkansas, and Stacy R. Williams, Assistant United States Attorney for said district and counsel for Defendant Nowlin state they have requested a change of plea hearing date. Counsel for Defendant Goddard states that the parties are actively working on negotiations in this case and anticipate requesting a change of plea hearing. Defendant Lungaho has a pending motion to dismiss, the resolution of which will affect the number of days the United States will require to put on its case.

Respectfully submitted,

JONATHAN D. ROSS
UNITED STATES ATTORNEY

STACY R. WILLIAMS
Arkansas Bar No. 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Stacy.Williams@usdoj.gov