## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America                                                                 Plaintiff

v.                              Case No.: 4:20−cr−00288−DPM

Mujera Benjamin Lung'aho                                                                Defendant

---

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for August 23, 2023, at 10:00 AM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # B−155 in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** July 26, 2023                                        AT THE DIRECTION OF THE COURT
                                                               TAMMY H. DOWNS, CLERK

                                                               **By:** Sherri L. Black, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas