# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3168

United States of America

Appellant

v.

Mujera Benjamin Lung'aho

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cr-00288-DPM-1)

---

**MANDATE**

In accordance with the opinion and judgment of July 6, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 27, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit

**Forrest Dunn**

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, July 27, 2023 8:04 AM |
| **Subject:** | 22-3168 United States v. Mujera Lung'aho "Mandate Issued" (4:20-cr-00288-DPM-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/27/2023

**Case Name:** United States v. Mujera Lung'aho
**Case Number:** 22-3168
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [5300017] [22-3168] (Jenn Baker)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Michael Kiel Kaiser: michael@lcarklaw.com, andrea@lcarklaw.com, teresa@lcarklaw.com
Honorable D. Price Marshall, Chief District Judge: Price_Marshall@ared.uscourts.gov, Sherri_Black@ared.uscourts.gov, taylor_sorilla@ared.uscourts.gov, christoph_keller@ared.uscourts.gov, Sarah_smith@ared.uscourts.gov
Mr. John Ray White, Assistant U.S. Attorney: John.White2@usdoj.gov, tavia.douthard@usdoj.gov, caseview.ecf@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Stacy Rachelle Williams, Assistant U.S. Attorney: Stacy.Williams@usdoj.gov, corey.taylor@usdoj.gov

**Notice will be mailed to:**

Mujera Benjamin Lung'aho
GREENE COUNTY DETENTION CENTER
1809 N. Rocking Chair Road
Paragould, AR 72450

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/JennBaker_223168_5300017_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/27/2023] [FileNumber=5300017-0]

[54355eba202d0aae680d2137889769407cd976dee8a800dc3194be056cbb53c8e22c0ca6e74413895c0c32b33bf636f328 8e3d379d34ba9f8c725dfc8f23531e]]

**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. Michael Kiel Kaiser
- Mujera Benjamin Lung'aho
- Honorable D. Price Marshall, Chief District Judge
- Mr. John Ray White, Assistant U.S. Attorney
- Ms. Stacy Rachelle Williams, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5300017
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7326222