(Post 9/2015)

# United States District Court
*for the Eastern District of Arkansas*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.   Case No. 4:20-cr-00288-DPM-1 | |
| Mujera Lung'aho | DEFENDANT |

## NOTICE OF APPEAL

Notice is hereby given that  Mujera Lung'aho  appeals to the United States Court of Appeals for the Eighth Circuit from the: ☑ Judgment & Commitment  ☑ Order  R. Docs. 246 & 318
(Specify)
entered in this action on  12/6/2023 & 10/18/2022 .

_____  Michael Kiel Kaiser
Signature of Defendant's Counsel    Typed Name of Defendant's Counsel

1218 W 6th Street     501-370-9300
Street Address       Room Number    Telephone Number

Little Rock, AR 72201    12/14/23
City    State    Zip    Date

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the following on this __14__ day of __December__, 20__23__.

AUSA John Ray White
John.White2@usdoj.gov

_____
Signature of Defendant's Counsel